69260. WILKINS v. DEPARTMENT OF HUMAN RESOURCES.
(341 SE2d 20)

Pope, Judge.

This court having entered a judgment in the above-styled case at 174 Ga. App. 105 (329 SE2d 266) (1985) affirming the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 255 Ga. 230 (337 SE2d 20) (1985), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Banke, C. J., and Benham, J., concur.*

DECIDED JANUARY 31, 1986.

*Carol F. Baschon, Kay A. Giese, Mary R. Carden, Phyllis J. Holmen,* for appellant.

*Michael J. Bowers, Attorney General, James P. Googe, Jr., Executive Assistant Attorney General, H. Perry Michael, First Assistant Attorney General, Carol A. Cosgrove, Senior Assistant Attorney General, Mary Foil Russell, Staff Assistant Attorney General, Robert A. Johnson, Special Assistant Attorney General,* for appellee.